**Maurice Foerkert, et al., and The Old Town Triangle Association, Plaintiffs-Appellants, v. Board of Zoning Appeals of the City of Chicago, B. Emmet Hartnett, et al., Exchange National Bank as Trustee Under Trust #14631, and Raymond F. Klein, Defendants-Appellees.**

Gen. No. 51,662. (Abstract of Decision.)

First District, First Division.

November 20, 1967.

Rehearing denied December 7, 1967.

John P. Murray, of Chicago, for appellants; Rudnick & Wolfe, of Chicago (Perry J. Snyderman, of counsel), for appellees. Opinion by JUSTICE BURMAN. **Not to be published in full.**